# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JAMES, JOHN | § | Case No. 14-05538 |
| JAMES, DAISY | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/20/2014 . The undersigned trustee was appointed on 03/20/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $    50,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 84.30 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 49,915.70 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/28/2017 and the deadline for filing governmental claims was 02/28/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,281.20 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,281.20 , for a total compensation of $ 5,281.20 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 40.42 , for total expenses of $ 40.42 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/15/2017          By: /s/R. SCOTT ALSTERDA
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 14-05538   JPC   Judge: JACQUELINE P. COX | Trustee Name:   R. SCOTT ALSTERDA |
| Case Name: | JAMES, JOHN | Date Filed (f) or Converted (c):   02/20/14 (f) |
| | JAMES, DAISY | 341(a) Meeting Date:   03/20/14 |
| For Period Ending: | 09/15/17 | Claims Bar Date:   02/28/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Chase Checking Account; North Community Bank | 150.00 | 0.00 | | 0.00 | FA |
| 2. With landlord - Barry Zacaria 4711 Linden Ave. Gl | 3,300.00 | 0.00 | | 0.00 | FA |
| 3. Misc. furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Misc. wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Misc. jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Nursing License | 0.00 | 0.00 | | 0.00 | FA |
| 7. 2001 Toyota Sequoia (50,000 miles) | 4,000.00 | 0.00 | | 0.00 | FA |
| 8. 2002 Mazda (210,000 miles) | 500.00 | 0.00 | | 0.00 | FA |
| 9. Wronful Demolition Case (u) | 0.00 | 50,000.00 | | 50,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $10,950.00 | $50,000.00 | | $50,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

NDR 3-20-14; FINAL DECREE 5-23-14; REOPENED 11-22-16; TRUSTEE APPOINTED 11-23-16.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 14-05538    JPC    Judge: JACQUELINE P. COX | Trustee Name:    R. SCOTT ALSTERDA |
| Case Name: | JAMES, JOHN | Date Filed (f) or Converted (c):    02/20/14 (f) |
| | JAMES, DAISY | 341(a) Meeting Date:    03/20/14 |
| | | Claims Bar Date:    02/28/17 |

The Trustee has received court approval of a settlement of the unscheduled Wrongful Demolition Case. The Trustee received the settlement check 6-23-17.

Initial Projected Date of Final Report (TFR): 06/30/17     Current Projected Date of Final Report (TFR): 06/30/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 14-05538 -JPC | Trustee Name: | R. SCOTT ALSTERDA |
| --- | --- | --- | --- |
| Case Name: | JAMES, JOHN | Bank Name: | ASSOCIATED BANK |
|  | JAMES, DAISY | Account Number / CD #: | *******2861 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3797 |  |  |
| For Period Ending: | 09/15/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 06/26/17 | 9 | City of Chicago<br>Department of Finance<br>121 North LaSalle Street<br>Suite 700<br>Chicago, IL 60602 | Settlement Funds [Dkt 43] | 1249-000 | 50,000.00 |  | 50,000.00 |
| 07/10/17 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 49,990.00 |
| 08/07/17 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 74.30 | 49,915.70 |

|  | COLUMN TOTALS | 50,000.00 | 84.30 | 49,915.70 |
| --- | --- | --- | --- | --- |
|  | Less:  Bank Transfers/CD's | 0.00 | 0.00 |  |
|  | Subtotal | 50,000.00 | 84.30 |  |
|  | Less:  Payments to Debtors |  | 0.00 |  |
|  | Net | 50,000.00 | 84.30 |  |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account (Non-Interest Earn - ********2861 | 50,000.00 | 84.30 | 49,915.70 |
|  | ----------------------- | ----------------------- | ----------------------- |
|  | 50,000.00 | 84.30 | 49,915.70 |
|  | ============= | ============= | ============= |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      50,000.00      84.30

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| | |
|---|---|
| Case No: | 14-05538 -JPC |
| Case Name: | JAMES, JOHN |
| | JAMES, DAISY |
| Taxpayer ID No: | *******3797 |
| For Period Ending: | 09/15/17 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2861  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: /s/   R. SCOTT ALSTERDA   Date: 09/15/17
                                        R. SCOTT ALSTERDA

Page Subtotals          0.00          0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 15, 2017 |
|---|---|---|---|---|---|---|

Case Number:  14-05538  
Debtor Name:  JAMES, JOHN  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000<br>2100-00 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Administrative | | $5,281.20 | $0.00 | $5,281.20 |
| 000<br>2200-00 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Administrative | | $40.42 | $0.00 | $40.42 |
| 001<br>3110-00 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Administrative | | $9,630.50 | $0.00 | $9,630.50 |
| 001<br>3120-00 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Administrative | | $77.48 | $0.00 | $77.48 |
| 001<br>3210-60 | Stoltmann Law Offices<br>c/o Alexander N. Loftus<br>10 South LaSalle Street, Suite 3500<br>Chicago, IL 60603 | Administrative | | $12,500.00 | $0.00 | $12,500.00 |
| 001<br>3220-61 | Stoltmann Law Offices<br>c/o Alexander N. Loftus<br>10 South LaSalle Street, Suite 3500<br>Chicago, IL 60603 | Administrative | | $1,000.00 | $0.00 | $1,000.00 |
| 001<br>3410-00 | Alan D. Lasko<br>Alan D. Lasko & Associates, PC<br>205 West Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | Administrative | | $2,238.20 | $0.00 | $2,238.20 |
| 001<br>3420-00 | Alan D. Lasko<br>Alan D. Lasko & Associates, PC<br>205 West Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | Administrative | | $20.40 | $0.00 | $20.40 |
| 000001<br>070<br>7100-00 | City of Chicago<br>an Illinois Municipal Corporation<br>c/o David P Holtkamps<br>121 N. LaSalle St., Ste. 400<br>Chicago, IL 60602 | Unsecured | Filed 03/24/17<br>(1-1) modified on 12-14-16 to correct creditor address/name (nm) | $3,345.45 | $0.00 | $3,345.45 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 15, 2017 |

Case Number:    14-05538                                    Claim Type Sequence
Debtor Name:    JAMES, JOHN

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000002 070 7100-00 | American Express Centurion Bank c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | Unsecured | Filed 01/30/17 | $11,032.42 | $0.00 | $11,032.42 |
| 999 8200-00 | JOHN JAMES DAISY JAMES 4711 LINDEN AVE GLENVIEW, IL  60025-1424 | Unsecured | | $4,687.99 | $0.00 | $4,687.99 |
| | Case Totals: | | | $49,854.06 | $0.00 | $49,854.06 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-05538
Case Name: JAMES, JOHN
                JAMES, DAISY
Trustee Name: R. SCOTT ALSTERDA

        Balance on hand                                    $        49,915.70

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA | $ 5,281.20 | $ 0.00 | $ 5,281.20 |
| Trustee Expenses: R. SCOTT ALSTERDA | $ 40.42 | $ 0.00 | $ 40.42 |
| Attorney for Trustee Fees: Nixon Peabody LLP | $ 9,630.50 | $ 0.00 | $ 9,630.50 |
| Attorney for Trustee Expenses: Nixon Peabody LLP | $ 77.48 | $ 0.00 | $ 77.48 |
| Accountant for Trustee Fees: Alan D. Lasko | $ 2,238.20 | $ 0.00 | $ 2,238.20 |
| Accountant for Trustee Expenses: Alan D. Lasko | $ 20.40 | $ 0.00 | $ 20.40 |
| Other: Stoltmann Law Offices | $ 12,500.00 | $ 0.00 | $ 12,500.00 |
| Other: Stoltmann Law Offices | $ 1,000.00 | $ 0.00 | $ 1,000.00 |

    Total to be paid for chapter 7 administrative expenses        $       30,788.20

    Remaining Balance                                        $       19,127.50

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,377.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | City of Chicago | $ 3,345.45 | $ 0.00 | $ 3,345.45 |
| 000002 | American Express Centurion Bank | $ 11,032.42 | $ 0.00 | $ 11,032.42 |

Total to be paid to timely general unsecured creditors     $     14,377.87

Remaining Balance     $     4,749.63

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 61.64 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 4,687.99 .