UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case 14-05538 |
| | ) Chapter 7 |
| JOHN JAMES AND DAISY JAMES, | ) Honorable Jacqueline P. Cox |
| | ) |
| Debtors. | ) |
| | ) |

# CERTIFICATE OF SERVICE

    I, the undersigned attorney, hereby certify that on October 12, 2017, I electronically filed the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following individuals:

| **ATTORNEY:** | **REPRESENTING:** |
|---|---|
| **Adam G. Brief**<br>Office of the United States Trustee<br>219 South Dearborn , Room 873<br>Chicago, IL 60604<br>312-886-5785 | **Patrick S Layng**<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn, Room 873<br>Chicago, IL 60604<br>312-886-5785<br>*(U.S. Trustee)* |
| **Jory Ives Chelin**<br>1454 Miner<br>Des Plaines, IL 60016<br>847-827-2700 | **John James**<br>4711 Linden Ave.<br>Glenview, IL 60025<br>*(Debtor 1)*<br><br>**Daisy James**<br>4711 Linden Ave.<br>Glenview, IL 60025<br>*(Debtor 2)* |
| **David Paul Holtkamp**<br>City of Chicago Department of Law<br>121 N. LaSalle St. , Ste. 400<br>Chicago, IL 60602<br>312-744-6967 | **City of Chicago, an Illinois Municipal Corporation**<br>*(Creditor)* |

and I hereby further certify that on October 12, 2017, I caused to be sent by first class U.S. mail the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** and **Certificate of Service** to the following non-registered individuals with the bankruptcy court by depositing envelopes in the mailboxes located at 70 W. Madison, Suite 3500, Chicago, IL 60602 before the hour of 5:00 p.m.:

| | |
|---|---|
| Alexander N. Loftus<br>Stoltmann Law Offices<br>10 S. LaSalle, 35th Floor<br>Chicago, Illinois 60603 | A. Friedheim<br>Assistant Corporate Counsel<br>City of Chicago, Law Department<br>30 North LaSalle, Suite 800<br>Chicago, IL 60602 |
| Daniel J. Voelker<br>Voelker Litigation Group<br>600 W Jackson Blvd #100<br>Chicago, IL 60661 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| John James<br>4711 Linden Ave.<br>Glenview, IL 60025-1424 | Capital One Bank<br>Attn: General Correspondence<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Daisy James<br>4711 Linden Ave.<br>Glenview, IL 60025-1424 | Chase Bank<br>Attn: Customer Service Research<br>Mail Code OH4-7302 |
| Jory Ives Chelin<br>1454 Miner<br>Des Plaines, IL 60016-4404 | PO Box 24696<br>Columbus, OH 43224-0696 |
| AT&T Mobility<br>c/o Southwest Credit Systems<br>4120 International Pkwy- S. 1100<br>Carrolton, TX 75007-1957 | Citibank Master Card<br>Citibank Customer Service<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 |
| American Express<br>PO Box 360001<br>Ft. Lauderdale, FL 33336-0001 | MBNA<br>c/o Portfolio Recovery Associates, LLC<br>PO Box 12903<br>Norfolk, VA 23541-0903 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, IA 50306-0335 |

4830-6110-7791.1
077824-000001

Dated: October 12, 2017

R. SCOTT ALSTERDA, not individually but as Chapter 7 Trustee for John James and Daisy James, Debtors

/s/  R. Scott Alsterda
*One of its attorneys*

R. Scott Alsterda (# 3126771)
Nixon Peabody LLP
70 West Madison Street, Suite 3500
Chicago, Illinois 60602
(312) 977-9203 (Tel.); (312) 977-4405 (Fax)
Email: rsalsterda@nixonpeabody.com