UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                  §
                                        §
                                        §
JAMES, JOHN                             §   Case No. 14-05538
JAMES, DAISY                            §
                                        §
                                        §
_____Debtors_____           §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    R. SCOTT ALSTERDA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 10,950.00 |
| Total Distributions to Claimants: 14,439.51 | Claims Discharged<br>Without Payment: 251,377.23 |
| Total Expenses of Administration: 30,872.50 | |

    3) Total gross receipts of $ 50,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,687.99 (see **Exhibit 2**), yielded net receipts of $ 45,312.01 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 340,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 30,872.50 | 30,872.50 | 30,872.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 264,377.23 | 14,377.87 | 14,377.87 | 14,439.51 |
| **TOTAL DISBURSEMENTS** | $ 604,377.23 | $ 45,250.37 | $ 45,250.37 | $ 45,312.01 |

4) This case was originally filed under chapter 7 on 02/20/2014 . The case was pending for 46 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/28/2017          By:/s/R. SCOTT ALSTERDA
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wronful Demolition Case | 1249-000 | 50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 50,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JOHN JAMES | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 4,687.99 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 4,687.99** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Home Mortgage P.O. Box 10335 Des Moines, IA 50306-0335 | | 340,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 340,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA AS TRUSTEE | 2100-000 | NA | 5,281.20 | 5,281.20 | 5,281.20 |
| R. SCOTT ALSTERDA AS TRUSTEE | 2200-000 | NA | 40.42 | 40.42 | 40.42 |
| ASSOCIATED BANK | 2600-000 | NA | 84.30 | 84.30 | 84.30 |
| NIXON PEABODY LLP | 3110-000 | NA | 9,630.50 | 9,630.50 | 9,630.50 |
| NIXON PEABODY LLP | 3120-000 | NA | 77.48 | 77.48 | 77.48 |
| STOLTMANN LAW OFFICES | 3210-600 | NA | 12,500.00 | 12,500.00 | 12,500.00 |
| STOLTMANN LAW OFFICES | 3220-610 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| ALAN D. LASKO | 3410-000 | NA | 2,238.20 | 2,238.20 | 2,238.20 |
| ALAN D. LASKO | 3420-000 | NA | 20.40 | 20.40 | 20.40 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 30,872.50 | $ 30,872.50 | $ 30,872.50 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Mobility c/o: Southwest Credit Systems 4120 International Pkwy. S-1100 Carrollton, TX 75007-1958 | | 683.45 | NA | NA | 0.00 |
| | Capital One Bank Attn: General Correspondence P.O. Box 30285 Salt Lake City, UT 84130-0285 | | 10,000.00 | NA | NA | 0.00 |
| | Capital One Bank Attn: General Correspondence P.O. Box 30285 Salt Lake City, UT 84130-0285 | | 4,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank Attn: General Correspondence P.O. Box 30285 Salt Lake City, UT 84130-0285 | | 3,000.00 | NA | NA | 0.00 |
| | Chase Bank - Mail Code OH4-7302 Attn: Customer Service Research P.O. Box 24696 Columbus, OH 43224-0696 | | 196,000.00 | NA | NA | 0.00 |
| | Citibank Mastercard Citibank Customer Service P.O. Box 6500 Sioux Falls, SD 57117 | | 24,000.00 | NA | NA | 0.00 |
| | MBNA c/o: Portfolio Recovery Associates, LLC P.O. Box 12903 Norfolk, VA 23541 | | 13,693.78 | NA | NA | 0.00 |
| 000002 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 13,000.00 | 11,032.42 | 11,032.42 | 11,032.42 |
| 000001 | CITY OF CHICAGO | 7100-000 | NA | 3,345.45 | 3,345.45 | 3,345.45 |
| | AMERICAN EXPRESS CENTURION BANK | 7990-000 | NA | NA | NA | 47.30 |
| | CITY OF CHICAGO | 7990-000 | NA | NA | NA | 14.34 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 264,377.23 | $ 14,377.87 | $ 14,377.87 | $ 14,439.51 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 14-05538 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | JAMES, JOHN | | | Date Filed (f) or Converted (c): | 02/20/14 (f) |
| | JAMES, DAISY | | | 341(a) Meeting Date: | 03/20/14 |
| For Period Ending: | 11/28/17 | | | Claims Bar Date: | 02/28/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Chase Checking Account; North Community Bank | 150.00 | 0.00 | | 0.00 | FA |
| 2. With landlord - Barry Zacaria 4711 Linden Ave. Gl | 3,300.00 | 0.00 | | 0.00 | FA |
| 3. Misc. furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Misc. wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Misc. jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Nursing License | 0.00 | 0.00 | | 0.00 | FA |
| 7. 2001 Toyota Sequoia (50,000 miles) | 4,000.00 | 0.00 | | 0.00 | FA |
| 8. 2002 Mazda (210,000 miles) | 500.00 | 0.00 | | 0.00 | FA |
| 9. Wronful Demolition Case (u) | 0.00 | 50,000.00 | | 50,000.00 | FA |

TOTALS (Excluding Unknown Values)     $10,950.00     $50,000.00     $50,000.00     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

NDR 3-20-14; FINAL DECREE 5-23-14; REOPENED 11-22-16; TRUSTEE APPOINTED 11-23-16.

LFORM1     Ver: 20.00e

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-05538   JPC   Judge: JACQUELINE P. COX | Trustee Name:   R. SCOTT ALSTERDA |
| Case Name: | JAMES, JOHN | Date Filed (f) or Converted (c):   02/20/14 (f) |
| | JAMES, DAISY | 341(a) Meeting Date:   03/20/14 |
| | | Claims Bar Date:   02/28/17 |

The Trustee has received court approval of a settlement of the unscheduled Wrongful Demolition Case. The Trustee received the settlement check 6-23-17.

Initial Projected Date of Final Report (TFR): 06/30/17     Current Projected Date of Final Report (TFR): 06/30/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 14-05538 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | JAMES, JOHN | | Bank Name: | ASSOCIATED BANK |
| | JAMES, DAISY | | Account Number / CD #: | *******2861 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3797 | | | |
| For Period Ending: | 11/28/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/26/17 | 9 | City of Chicago Department of Finance 121 North LaSalle Street Suite 700 Chicago, IL 60602 | Settlement Funds [Dkt 43] | 1249-000 | 50,000.00 | | 50,000.00 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 49,990.00 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 74.30 | 49,915.70 |
| 11/03/17 | 030001 | R. Scott Alsterda as Trustee 70 West Madison Street, Suite 3500 Chicago, IL 60602 | Trustee Compensation | 2100-000 | | 5,281.20 | 44,634.50 |
| 11/03/17 | 030002 | R. Scott Alsterda as Trustee 70 West Madison Street, Suite 3500 Chicago, IL 60602 | Trustee Expenses | 2200-000 | | 40.42 | 44,594.08 |
| 11/03/17 | 030003 | Nixon Peabody LLP 70 West Madison Street Suite 3500 Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 9,630.50 | 34,963.58 |
| 11/03/17 | 030004 | Nixon Peabody LLP 70 West Madison Street Suite 3500 Chicago, IL 60602 | Attorney for Trustee Expenses (Trus | 3120-000 | | 77.48 | 34,886.10 |

Page Subtotals      50,000.00      15,113.90

Ver: 20.00e

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2                                                                                                                      Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                                                Exhibit 9

| Case No: | 14-05538 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | JAMES, JOHN | | Bank Name: | ASSOCIATED BANK |
| | JAMES, DAISY | | Account Number / CD #: | *******2861  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3797 | | | |
| For Period Ending: | 11/28/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/03/17 | 030005 | Stoltmann Law Offices<br>c/o Alexander N. Loftus<br>10 South LaSalle Street, Suite 3500<br>Chicago, IL 60603 | Special Counsel for Trustee Fees | 3210-600 | | 12,500.00 | 22,386.10 |
| 11/03/17 | 030006 | Stoltmann Law Offices<br>c/o Alexander N. Loftus<br>10 South LaSalle Street, Suite 3500<br>Chicago, IL 60603 | Special Counsel for Trustee Expense | 3220-610 | | 1,000.00 | 21,386.10 |
| 11/03/17 | 030007 | Alan D. Lasko<br>Alan D. Lasko & Associates, PC<br>205 West Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | Accountant for Trustee Fees (Other | 3410-000 | | 2,238.20 | 19,147.90 |
| 11/03/17 | 030008 | Alan D. Lasko<br>Alan D. Lasko & Associates, PC<br>205 West Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | Accountant for Trustee Expenses (Ot | 3420-000 | | 20.40 | 19,127.50 |
| 11/03/17 | 030009 | City of Chicago<br>an Illinois Municipal Corporation<br>c/o David P Holtkamps<br>121 N. LaSalle St., Ste. 400<br>Chicago, IL 60602 | Claim 000001, Payment 100.42864%<br><br>Claim          3,345.45<br>Interest           14.34 | <br><br><br>7100-000<br>7990-000 | | 3,359.79 | 15,767.71 |

Page Subtotals          0.00          19,118.39

Ver: 20.00e

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-05538 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
| --- | --- | --- | --- | --- |
| Case Name: | JAMES, JOHN | | Bank Name: | ASSOCIATED BANK |
| | JAMES, DAISY | | Account Number / CD #: | *******2861 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3797 | | | |
| For Period Ending: | 11/28/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/03/17 | 030010 | American Express Centurion Bank c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | Claim 000002, Payment 100.42874% | | | 11,079.72 | 4,687.99 |
| | | | Claim       11,032.42 | 7100-000 | | | |
| | | | Interest          47.30 | 7990-000 | | | |
| 11/03/17 | 030011 | JOHN JAMES DAISY JAMES 4711 LINDEN AVE GLENVIEW, IL 60025-1424 | Surplus Funds | 8200-002 | | 4,687.99 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | 50,000.00 | 50,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 50,000.00 | 50,000.00 | |
| Less: Payments to Debtors | | 4,687.99 | |
| Net | 50,000.00 | 45,312.01 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account (Non-Interest Earn - ********2861) | 50,000.00 | 45,312.01 | 0.00 |
| | 50,000.00 | 45,312.01 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        15,767.71

Ver: 20.00e

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-05538 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | JAMES, JOHN | | Bank Name: | ASSOCIATED BANK |
| | JAMES, DAISY | | Account Number / CD #: | *******2861 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3797 | | | |
| For Period Ending: | 11/28/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: /s/ R. SCOTT ALSTERDA  Date: 11/28/17
R. SCOTT ALSTERDA

Page Subtotals  0.00  0.00

Ver: 20.00e

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 12)